UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KORY NIELSEN,

    Petitioner,

  v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C07-5192FDB

ORDER FINDING REPORT
AND RECOMMENDATION TO BE
MOOT

The Magistrate Judge recommended that this court deny the *in forma pauperis* petition. Following the filing of the Report and Recommendation, Plaintiff paid the filing fee. [Dkt. # 4] Accordingly, the Report and Recommendation is found to be moot.

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, and the docket reflecting that the filing fee has been paid, the Court does hereby find and Order:

(1)   The Court finds the Report and Recommendation to be **MOOT**;

(2)   This matter is referred to the Magistrate Judge for further proceedings;

(3)   The clerk is directed to send copies of this Order to Petitioner's counsel, and the hon. J. Kelley Arnold.

DATED this 11th day of June 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1