# United States District Court

WESTERN DISTRICT OF WASHINGTON

KORY NIELSEN

   v.

MAGGIE MILLER-STOUT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5192FDB

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

 The Court adopts the Report and Recommendation; and

 The Ninth Circuit decision in <u>Schardt v. Payne,</u> 414 F.3d 1025 (9th Cir. 2005), holding that <u>Blakely v. Washington,</u> 542 U.S. 296 (2004) does not apply retroactively is binding precedent on this tribunal. This petition is **DISMISSED WITH PREJUDICE**.

| | |
|---|---|
| September 27, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |