UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KORY NIELSEN,

    Petitioner,

    v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C07-5192FDB

ORDER GRANTING MOTION FOR CERTIFICATE OF APPEALABILITY AND MOTION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner moves for a certificate of appealability on the Court's order adopting the Report and Recommendation, which addressed the issue of retroactivity of *Blakely* in cases like Petitioner's and which also addressed the issue of whether the prior holding in *Apprendi* dictated the holding in *Blakely*. The issues do not compel the conclusion that no reasonable jurist could conclude otherwise; therefore, the motion will be granted. Also, based on Petitioner's motion and Affidavit, Petitioner's motion to proceed *in forma pauperis* on appeal will be granted.

    ACCORDINGLY, IT IS ORDERED: Petitioner's Motion for Certificate of Appealability [Dkt. # 22] and Petitioner's Motion To Proceed *In Forma Pauperis* on Appeal [Dkt. # 23] are GRANTED.

    DATED this 19th day of October, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1